# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

IN RE:                           CASE NO 25-50233-KKS
                                 Chapter: 7

Gerald Kevin Thompson,

        DEBTOR.
_____/

## NOTICE OF INTENT TO SELL PROPERTY OF THE ESTATE

TO: Debtor, Creditors, and Parties in Interest

---

### NOTICE OF OPPORTUNITY TO
### OBJECT AND REQUEST FOR HEARING

Pursuant to Local Rule 2002-2, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within twenty-one (21) days from the date set forth on the proof of service plus an additional three days for service if any party was served by U.S. Mail, or such other period as may be specified in Fed. R. Bankr.P. 9006(f).

If you object to the relief requested in this paper, you must file an objection or response electronically with the Clerk of the Court or by mail at 110 E. Park Avenue, Suite 100, Tallahassee, FL 32301, and serve a copy on the Trustee, Mary W. Colón, Trustee, P. O. Box 14596, Tallahassee, FL 32317, and any other appropriate person within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.

If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief request in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

NOTICE IS HEREBY GIVEN that the trustee/debtor-in-possession intends to sell the following property of the estate of the debtor, under the terms and conditions set forth below.

1.  Description of property:

    Equity interest in Ford F150 Supercrew Cab Lariat Pickup 4D 6 1/ 2012 ($1,975.00); 1 cell phone ($100.00); Used wearing apparel ($250.00); Charles Schwab Account #9369 ($59.34); Checking Trustmark Account #1465 ($2,463.43); Checking Trustmark Account #1473 ($12.20); Trustmark Account #3894 ($1,607.96).

2.  Manner of Sale:      Private ( X )*      Public Auction ( )

3.  Terms of Sale:  (include purchaser, if known, price, price terms, whether or not sale is free and clear of liens, names and addresses of lienors, and all other pertinent information)

    Private sale to Gerald Kevin Thompson of property identified above for a total of $6,467.93 payable at the rate of $538.99 per month for twelve (12) consecutive months with the first payment due on February 15, 2026.  Payment shall be made to Mary W. Colón, Trustee, P. O. Box 14596, Tallahassee, FL 32317.  This sale is "as is", "where is" with no warranties expressed or implied. The sale is subject to any scheduled, known or unknown liens, encumbrances, and exemptions; and the Purchaser(s) is/are responsible for all payments to Lien Holders, Tax Assessors, etc.

*The purchase price(s) was/were established by review of the schedules and any additional documents or testimony provided by parties, negotiated in good faith, and based on the principles of best business judgment.

*(Applicable to private sales only)  The trustee will entertain any higher bids for the purchase of the assets of the debtor(s) which the trustee proposes to sell.  Such bids must be in excess of $200.00 more than the original bid and must be in writing and accompanied by

a deposit of 20% of the proposed higher purchase price. Any higher bid must be received (with the applicable deposit) by the trustee at the address listed below *no later than the close of business 15 days from the date of this Notice.*

NOTICE IS HEREBY GIVEN that all objections to the same must state the basis for the objection. If no objection is filed, the sale described above will take place.

DATED: March 11, 2026 

/S/ Mary W. Colón
MARY W. COLÓN
Chapter 7 Trustee
Florida Bar No. 0184012
P. O. Box 14596
Tallahassee, FL 32317
Telephone No.: (850) 241-0144
Facsimile: (850) 702-0735
trustee@marycolon.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** THAT A TRUE AND CORRECT COPY OF THE FOREGOING has been furnished by first class U.S. Mail with postage prepaid to all persons on the Court's mailing matrix by BK Attorney Services, LLC d/b/a certificateofservice.com on March 11, 2026.

/S/ Mary W. Colón
MARY W. COLÓN

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

IN RE:

GERALD KEVIN THOMPSON

CASE NO: 25-50233-KKS

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 7

---

On 3/11/2026, I did cause a copy of the following documents, described below,

NOTICE OF INTENT TO SELL PROPERTY OF THE ESTATE

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/11/2026

/s/ Mary W. Colon
Mary W. Colon

P. O. BOX 14596
TALLAHASSEE, FL 32317
850-241-0144
trustee@marycolon.com

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

IN RE:

GERALD KEVIN THOMPSON

CASE NO: 25-50233-KKS

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 7

On 3/11/2026, a copy of the following documents, described below,

NOTICE OF INTENT TO SELL PROPERTY OF THE ESTATE

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/11/2026

*Victoria Blake*

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Mary W. Colon

P. O. BOX 14596
TALLAHASSEE, FL 32317

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 25-50233-KKS
NORTHERN DISTRICT OF FLORIDA
WED MAR 11 9-22-18 PST 2026

ALLY FINANCIAL CO AIS PORTFOLIO SERVICES L
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

INNOVATIONS FEDERAL CREDIT UNION NKA INNOV
HECKMAN LAW GROUP
CO CHAD D HECKMAN
PO BOX 12492
TALLAHASSEE  FL 32317-2492

(P)BANKERS HEALTHCARE GROUP LLC
ATTN BANKRUPTCY DEPT
201 SOLAR STREET
SYRACUSE NY 13204-1425

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY  UT 84130-0285

CAPITAL ONE
PO BOX 31293
SALT LAKE CITY  UT 84131-0293

CAPITAL ONE NA
BY AIS INFOSOURCE LP AS AGENT
PO BOX 71083
CHARLOTTE  NC  28272-1083

(P)CALI LAW OFFICES LLC
201 SOLAR STREET
SYRACUSE NY 13204-1425

CITI CARDBEST BUY
ATTN CITICORP CR SRVS CENTRALIZED BANKR
PO BOX 790040
SAINT LOUIS  MO 63179-0040

CITI CARDBEST BUY
PO BOX 6497
SIOUX FALLS  SD 57117-6497

CITIBANKTHE HOME DEPOT
CITICORP CR SRVSCENTRALIZED BANKRUPTCY
PO BOX 790046
SAINT LOUIS  MO 63179-0046

CITIBANKTHE HOME DEPOT
PO BOX 6497
SIOUX FALLS  SD 57117-6497

(P)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

DISCOVER FINANCIAL
PO BOX 30939
SALT LAKE CITY  UT 84130-0939

GOLDMAN SACHS BANK USA
ATTN BANKRUPTCY
PO BOX 70379
PHILADELPHIA  PA 19176-0379

GOLDMAN SACHS BANK USA
PO BOX 6112
PHILADELPHIA  PA 19115-6112

INNOVATIONS FEDERAL CREDIT UNION NKA INNOV
CO HECKMAN LAW GROUP
PO BOX 12492
TALLAHASSEE  FLORIDA 32317-2492

INOVATION CU
PO BOX 15529
PANAMA CITY  FL 32406-5529

LENDING CLUB
595 MARKET ST
SAN FRANCISCO  CA 94105-5839

LENDING CLUB
ATTN BANKRUPTCY
595 MARKET ST STE 200
SAN FRANCISCO  CA 94105-5839

LENDINGCLUB BANK  NA
PO BOX 1931
BURLINGAME  CA 94011-1931

NAVY FEDERAL CREDIT UNION
ATTN BANKRUPTCY
PO BOX 3000
MERRIFIELD  VA 22119-3000

NAVY FEDERAL CREDIT UNION
ATTN BANKRUPTCY
PO BOX 3302
MERRIFIELD  VA 22119-3302

NAVY FEDERAL CREDIT UNION
PO BOX 3700
MERRIFIELD  VA 22119-3700

EXCLUDE

~~(P)NAVY FEDERAL CREDIT UNION ATTN BANKRUPTCY~~
~~P O BOX 3000~~
~~MERRIFIELD  VA 22119-3000~~

SYNCBROOMS TO GO
ATTN BANKRUPTCY
PO BOX 965065
ORLANDO  FL 32896-5065

SYNCBROOMS TO GO
PO BOX 71757
PHILADELPHIA  PA 19176-1757

US SMALL BUSINESS ADMINISTRATION
2 NORTH 20TH STREET  SUITE 320
BIRMINGHAM  AL 35203-4002

(P)U S  SMALL BUSINESS ADMINISTRATION
312 N SPRING ST 5TH FLOOR
LOS ANGELES CA 90012-4701

UNITED STATES TRUSTEE
110 E PARK AVENUE
SUITE 128
TALLAHASSEE  FL 32301-7728


CHAD THOMAS VAN HORN
VAN HORN LAW GROUP PA
500 NE 4TH STREET
STE 200
FORT LAUDERDALE  FL 33301-1163

DEBTOR

GERALD KEVIN THOMPSON
629 AMBERJACK DR
PANAMA CITY  FL 32408-7219

MARY W COLON
PO BOX 14596
TALLAHASSEE  FL 32317-4596